ACCEPTED
01-14-00156-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/19/2015 8:39:28 AM
CHRISTOPHER PRINE
CLERK

# Maite Sample

The Sample Law Firm, PLLC
405 Main St., Ste. 950
Houston, TX 77002
(713) 909-9685
maite.m.sample@gmail.com

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/19/2015 8:39:28 AM

CHRISTOPHER A. PRINE
Clerk

February 19, 2015

Javier Pacheco
#1909939
Allred Unit
2101 FM 369 North
Iowa Park, TX 76367-5638

RE:  *The State of Texas v. Javier Pacheco,* Cause No. 1341972
   In the 262nd District Court, Harris County

Mr. Pacheco,

I hope you are well. I am writing to send you additional information about your appeal. I am also enclosing another copy of my motion to withdraw, separated from the Anders Brief and another copy of the "Anders Brief" I wrote in your appeal.

As we have no other legal argument for appeal, the court of appeals ordered me to write what they call an "Anders Brief." This is a document where I swear I reviewed the complete record in your case and I see no other legal reason to proceed with an appeal. I then ask the court to excuse me for your case. To excuse me from your case I wrote a motion and order to withdraw.  I included a copy of the motion and order to withdraw as an appendix to the Anders Brief, and as its own document per order of the court.  You have 30 days to write your own brief to the court of appeals if you wish to do so.

The court sent you a document for you to request a copy of the complete record in your case, but I already sent you a copy of the complete record of your case when I sent the previous correspondence that also included copies of the "Anders Brief " and the Motion to Withdraw. That means that you do not need to request the record, because you already have it.

I repeat that you have the following rights:  The Court of Appeals will give you the opportunity to write your own brief.  You have 30 days to write your own appeal. If the Court of Appeals denies your appeal you will also have the right to write to the highest court of the state - "Court of Criminal Appeals" asking for a "Petition for Discretionary Review" where you ask a higher court to review the decision of the court appeal. The highest court - "Court of Criminal Appeals" must receive your "Petition for Discretionary

Review" no later than 30 days after the decision of the court of appeal.

The last remedy that is left for you is called a "Writ of Habeas Corpus." A "Writ" is a request where you write to the Court of Criminal Appeals and ask for relief based on Section 11.07 in the "Code of Criminal Procedure." You have one year after the final decision of the appellate court to order a "Writ." That's something you do on your own unless the court assign it a lawyer.

Please email me if there is anything else I can do for you.


 Respectfully,
/s/ *Maite Sample*
Maite Sample